**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_____
C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 11, 2010**

_____

BK0906066
(tjk)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 09-62298 |
| David M. Shipley | : | |
| | | Chapter 7 |
| | : | Judge PRESTON |
| Debtor | : | |
| | : | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #17) FOR PROPERTY LOCATED AT (6215 FRAZEYSBURG ROAD NASHPORT, OH 43830)** |

    This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. on December 16, 2009 as document number 17.

    Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located at 6215 Frazeysburg Road, Nashport, OH 43830.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is, **terminated with regard to the interest in the real property located at 6215 Frazeysburg Road, Nashport, OH 43830 and held by Movant, its successors and assigns, in order to permit Creditor, its successors and assigns to exercise its State law remedies.**.

**SO ORDERED.**

/s/ Erin A. Jochim
Ohio Supreme Court #0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

Copies to:

DEFAULT LIST

Hopewell Federal Credit Union
501 Hopewell Drive
Heath, OH 43056
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###